UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MACKLE VINCENT SHELTON,**

    Petitioner,
v.                                      **Case No.: 6:07-cv-839-Orl-35-KRS**

**SECRETARY, DEPARTMENT OF CORRECTIONS,** *et. al.*,

    **Respondents.**
_____/

**FINAL JUDGMENT IN A CIVIL CASE**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's July 27, 2011 Order, the Court conditionally **GRANTS** Mackle Vincent Shelton's petition for a writ of habeas corpus on Claim One. A writ of habeas corpus shall issue unless within 90 days, the State of Florida vacates Petitioner's conviction and sentence with respect to Count IV and begins new sentencing proceedings against Petitioner regarding the same. The 90-day time period shall not start until the conclusion of any appeal from this Order, either by the exhaustion of appellate remedies or the expiration of the time period in which to file such appellate proceedings.

    Date: July 27, 2011

                                                    SHERYL L. LOESCH, CLERK
                                                    <u>Deputy Clerk</u>    *L. Klele*
                                                      Dated   7/27/11