IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MACKLE VINCENT SHELTON

    Petitioner,

v.                                     CASE NO.6:07-cv-839-Orl-35KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.
_____/

NOTICE OF APPEAL

    NOTICE IS HEREBY given that Respondents, State of Florida, appeal to the United States Court of Appeals, Eleventh Circuit, the Final Order of this Court (Doc. No. 38-1) entered on July 27, 2011.

                                Respectfully submitted,

                                PAMELA JO BONDI
                                ATTORNEY GENERAL

                                S/WESLEY HEIDT

                                _____
                                WESLEY HEIDT
                                Assistant Attorney General
                                Florida Bar #773026
                                Attorney for Respondent
                                Office of the Attorney General
                                444 Seabreeze Blvd., Suite 500
                                Daytona Beach, Florida 32114
                                (386)238-4990
                                Fax # (386)238-4997
                                Wesley.Heidt@myfloridalegal.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing notice of appeal in case number 6:07-cv-839-Orl-35-KRS has been electronically filed this date by using the CM/ECF system. I further certify that I furnished a copy of this document via U.S. Mail to James E. Felman, counsel for Petitioner, Post Office Box 3396, Tampa, FL  33601-3396 and to Todd Foster, counsel of record, 201 E. Kennedy Blvd., Suite 100, Tampa, FL  33602  this 1st day of August, 2011.

/s Wesley Heidt
WESLEY HEIDT
ASSISTANT ATTORNEY GENERAL